IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|     Zakiyyah Aleem | : | Chapter 13 |
| | : | Case No. 21-11988-AMC |
|     Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the *Motion to Modify Plan* and respectfully request that the Order attached to the Motion be entered.

Dated: October 5, 2021                                           /s/ Brad J. Sadek, Esquire
                                                                                    Brad J. Sadek, Esquire
                                                                                     Sadek and Cooper Law Offices, LLC
                                                                                     1315 Walnut Street, Suite 502
                                                                                     Philadelphia, Pa 19107
                                                                                     215-545-0008